**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 15 WAL 2024

           Respondent                 :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

           v.                   :

                                      :

LEO JOSEPH MCALLISTER,          :

           Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.

     Justice McCaffery did not participate in the consideration or decision of this matter.